MIED (Rev.5/13) EEOC Civil Complaint

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

Trevor Simpson

                              Plaintiff,

v.

Southern Care

 

Case: 1:16-cv-11384
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 04-18-2016 At 11:41 AM
CMP Simpson v. Southern Care (krk)

                   Defendant(s).

                                    /

### COMPLAINT OF EMPLOYMENT DISCRIMINATION

1.    This action is brought pursuant to Title VII of the Civil Rights Act of 1964 (as amended by the Equal Employment Opportunity Act of 1972) for employment discrimination.   Jurisdiction is specifically conferred on this Court under 42 U.S.C. § 2000e-5.

2.    Plaintiff resides at the address at the bottom of this form.

3.    Defendant's address is:

2204 Lakeshore Drive Suite 475 Birmingham Alabama 35209

*Street Address*                                        *City*           *State*     *Zip*

4.    The address where the alleged discrimination occurred (the address where you were employed or sought employment):

9250 Highway 17 Byp Murrells Inlet, South Carolina 29576

*Street Address*                                        *City*           *State*     *Zip*

5.    The alleged discriminatory acts occurred:

4/2013                     8/2013

*From (date)*                *To (date)*

6.    Charges were filed with the Michigan Civil Rights Commission regarding defendant's alleged discriminatory conduct:

9/24/13

*Day/month/year (if you did not file with this agency, leave this line blank)*

7.    Charges were filed with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct:

9/24/13

*Day/Month/Year (if you did not file with this agency, Leave this line blank)*

MIED (Rev.5/13) EEOC Civil Complaint

8.   The Final Determination/Notice of Right to Sue letter from the Equal Employment Opportunity Commission was received on: __4/9/16__

   I   ☐ Have    ☐ Have **NOT** filed this complaint within the 90 day period as required by 42 U.S.C. § 2000e-5.

9.   The acts complained about in this suit concern:

   A.  ☐ Failure to employ you          B.  ☐ Termination of employment
   C.  ☐ Failure to promote you         D.  ☑ Other acts, explained below:

   I started working for SouthernCare gave my heart and soul to the company working in hospice helping love one ones with there families at time of death. I transfered to another loc. and the exc dir. started to email Bible Verse about me to coworkers to gwet me and he started to make my job Very hard, forced me to leave.

10.  Defendant's conduct is discriminatory based upon:

   A.  ☐ Race    B.  ☐ Color    C.  ☑ Gender    D.  ☐ Age    E.  ☐ National Origin
   F.  ☐ ADA-defined disability/other: _____

11.  A copy of my charge to the Equal Employment Opportunity Commission is attached to this Complaint and is submitted as a brief statement of the facts of this claim.

   If relief is not granted, I will be irreparably denied rights secured by Title VII of the Civil Rights Act of 1964 and/or the Elliot-Larsen Civil Rights Act.

   I therefore pray that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs and attorney fees.

Dated: __4/11/16__

_____
Plaintiff's Signature

__Trevor Simpson__
Plaintiff's Printed Name

__1756 Filmore St.__
Street Address

__Essexville MI 48732__
City, State, Zip Code

__989-522-0467__
Telephone Number

__Wilberts2p hotmail.Com__
E-mail Address

Page 2 of 2

To Whom It May Concern, I am writing in regards to an interview with Carter Smith, Executive Director of Southern Care hospice in Myrtle Beach S.C. I found it very unprofessional and above all unethical for a person with a management title to disclose personal information about an employee whose name is Trevor Simpson. At that time Carter informed me of his dislike of this man's sexual preference and told me that he was a "Gay man whom he had tremendous controversy with in the work place due to his being uncomfortable with Trevor's sexual preference." He alluded to his lack of tolerance and struggles of getting along with Trevor, Carter referenced the Bible and scripture in his defense that Trevor's lifestyle was biblically unacceptable. In conjunction to this he also confided in his debate on several occasions to fire Trevor due to his belief that God was testing him and it's all he can do to keep from firing Trevor. Who is his marketing Manager...... I have first-hand knowledge from our Volunteer Coordinator being approached on several occasions from Carter Smith one in particular scripture sent by text for the Volunteer Coordinator to give to Trevor a verse from the bible stating "his lifestyle is a sin and he should get right by God."

I Cindy Sellers have been judged and stereo typed, I aspire to be a part of the change this world needs. Please use this letter to make changes that are necessary in our society & most importantly in Southern Care.

Please contact me anytime if you have any questions or concerns regarding any information in this letter. I would be more than willing to assist in resolving the conflict at hand.

Sincerely, Cindy Sellers, RN/CM

Phone 843-997-2946

September 4, 2013

On or about February 5th, Carter told me he had hired a new Community Relations Manager, a transfer from the SouthernCare office in Saginaw, Michigan.  Then he went on to tell me, "but he is gay."

My first thought was that was none of my business, and my second thought was it was very inappropriate and unprofessional for Carter to have been sharing such personal information about a co-worker I had not even met .  At least Carter did tell me his name: Trevor Simpson.

I never repeated what Carter told me because as I said above, Trervor's personal life is his business, and if he wants to share it that is up to him alone.

Patti McClellan

EEOC Form 161-A (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE
### (CONCILIATION FAILURE)

| To: | Trevor A. Simpson<br>1810 West Norfolk Drive<br>Townhouse Drive<br>Essexville, MI 48732 | From: | Greenville Local Office<br>301 North Main St<br>Suite 1402<br>Greenville, SC 29601 |
|---|---|---|---|

☐   *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No.<br><br>846-2013-51149 | EEOC Representative<br>Kimberly L. Ambersley,<br>Investigator | Telephone No.<br><br>(864) 241-4408 |
|---|---|---|

### TO THE PERSON AGGRIEVED:

This notice concludes the EEOC's processing of the above-numbered charge. The EEOC found reasonable cause to believe that violations of the statute(s) occurred with respect to some or all of the matters alleged in the charge but could not obtain a settlement with the Respondent that would provide relief for you. In addition, the EEOC has decided that it will not bring suit against the Respondent at this time based on this charge and will close its file in this case. This does not mean that the EEOC is certifying that the Respondent is in compliance with the law, or that the EEOC will not sue the Respondent later or intervene later in your lawsuit if you decide to sue on your own behalf.

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Patricia B. Fuller,
Local Office Director

MAR 0 9 2016

*(Date Mailed)*

Enclosures(s)

CC:
| Richard Durham<br>Senior Vice President of HR<br>SOUTHERN CARE, INC<br>1000 Urban Center Drive, Suite 115<br>Birmingham, AL 35242 | Cara Cotty<br>CONSTANGY BROOKS, SMITH & PROPHETE LLP<br>131 Gervais Street, Suite 810<br>Columbia, SC 29201 |
|---|---|



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Greenville Local Office**

Landmark Building
301 North Main Street, Suite 1402
Greenville, SC 29601
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Greenville Status Line: (866) 408-8075
Direct Dial: (864) 241-4401
TTY (864) 241-4403
FAX (864) 241-4416
Website: www.eeoc.gov

EEOC Charge No: 846-2013-51149

Trevor A. Simpson
1810 West Norfolk Drive
Townhouse Drive
Essexville, MI 48732

Cara Cotty
CONSTANGY BROOKS, SMITH & PROPHETE LLP
131 Gervais Street, Suite 810
Columbia, SC 29201

## NOTICE OF CONCILIATION FAILURE

The Equal Employment Opportunity Commission has determined that efforts to conciliate the above referenced charge as required by Title VII of the Civil Right Act of 1964, as amended have been unsuccessful. This letter constitutes the notice required by Section 1601.25 of the Equal Employment Opportunity Commission's Procedural Regulations, which provides that the Commission shall notify a Respondent in writing when it determines that further conciliation efforts would be futile or
non-productive.

No further efforts to conciliate this case will be made by the Equal Employment Opportunity Commission.

On behalf of the Commission:

MAR 0 9 2016
_____
Date

Reuben Daniels, Jr.
District Director

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 846-2013-51149 |

| South Carolina Human Affairs Commission | and EEOC |
|---|---|

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| Mr. Trevor A. Simpson   924 N. Salem Dr Apt 8   Same | (989) 522-0467 | 12-29-1966 |

| Street Address   924 N. Salem Dr apt 8 | City, State and ZIP Code |
|---|---|
| ~~2175 Brewster Drive, Apt 1116, Myrtle Beach, SC 29577~~ | Essexville, MI 48732 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| SOUTHERNCARE MYRTLE BEACH | 500 or More | (843) 650-6095 |

| Street Address | City, State and ZIP Code |
|---|---|
| 9250 Highway 17 Byp,  Murrells Inlet, SC 29576 | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE  ☐ COLOR  ☒ SEX  ☒ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)   Sexual Orientation

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 01-23-2013    Latest: 09-13-2013
☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I have worked for the above employer since July 2010 as a CR Manager. During my employment Carter Smith the Executive Director discussed my sexual orientation with co-workers and made his dislike of my personal choices known. Carter referenced the Bible and scripture and shared with my peers that he believed my lifestyle was biblically unacceptable and a "sin".

Smith resigned from his position effective September 9, 2013, sending an e-mail to employees stating it had been brought to his attention that he had offended and hurt with his words although that was never his intent.

I believe I have been discriminated against because of my sex, male in violation of Title VII of the Civil Rights Act of 1964, as amended.

Charge originally filed September 24, 2013.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.  SIGNATURE OF COMPLAINANT |
| 11/27/13    *Date*    *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |



**U.S. Equal Employment Opportunity Commission**
**Greenville Local Office**

301 North Main St
Suite 1402
Greenville, SC 29601
(864) 241-4401
TTY (864) 241-4403
Fax: (864) 241-4428

February 24, 2014

Trevor A. Simpson
924 N. Salem Drive
Apartment 8
Essexville, MI 48732

EEOC Number: 846-2013-51149

Dear Mr. Simpson:

In an effort to expedite the charge resolution process, your charge has been selected for mediation by the Equal Employment Opportunity Commission (EEOC). Mediation is an informal process in which those involved in a dispute jointly explore and reconcile their differences. Mediation is offered as an alternative to the often lengthy investigative process traditionally used to determine the merits of charges of discrimination filed with the Commission. The purpose of mediation is to help the parties to reach a fair and expeditious resolution of the charge prior to an investigation. The majority of mediations are completed in only one session. If your charge is resolved during the mediation process, the charge will be closed and the terms of the agreement will end further processing by the Commission. If mediation is unsuccessful, your charge will be investigated just like any other charge.

Mediation focuses on a resolution of the underlying dispute by addressing the interests of both parties. It is not a forum for reaching a determination on whether discrimination occurred. Therefore, any agreement reached during mediation does not constitute an admission that discrimination occurred. However, the agreement will resolve the employment dispute.

Participation in the mediation program is completely voluntary. Two agreements are enclosed for your review - the "Agreement to Mediate" and the "Confidentiality Agreement." You should complete and return both agreements if you are interested in mediating your charge. Also enclosed is a Mediation Fact Sheet that answers many questions that you may have regarding this program.

Failure to respond within 10 days of the date of this letter may result in the charge being forwarded to an investigator. The EEOC will also contact the Respondent (the employer or party against whom you have filed this charge). If the Respondent agrees to participate, you will be contacted by the assigned mediator to schedule a mediation session. If the Respondent elects not to mediate the matter, your charge will be assigned to an investigator and will be processed under our usual charge processing procedures.

If you have any questions concerning the mediation program, please call Phyllis S. Jackson at (864) 241-4405.

Sincerely,

Phyllis S. Jackson
ADR Coordinator

Enclosure(s)



**U.S. Equal Employment Opportunity Commission**
**Greenville Local Office**

301 North Main St
Suite 1402
Greenville, SC 29601
(864) 241-4401
TTY (864) 241-4403
Fax: (864) 241-4428

February 24, 2014

## CONFIDENTIALITY AGREEMENT

EEOC NUMBER: 846-2013-51149

1. The parties agree to participate voluntarily in mediation in an effort to resolve the charge(s) filed with the EEOC.

2. The parties agree that all matters discussed during the mediation are confidential, unless otherwise discoverable, and cannot be used as evidence in any subsequent administrative or judicial proceeding. Confidentiality, however, will not extend to threats of imminent physical harm or incidents of actual violence that occur during the mediation.

3. Any communications between the ADR Coordinator and the mediator(s) and/or the parties are considered dispute resolution communications with a neutral and will be kept confidential.

4. The parties agree not to subpoena the mediator(s) or compel the mediator(s) to produce any documents provided by a party in any pending or future administrative or judicial proceeding. The mediator(s) will not voluntarily testify on behalf of a party in any pending or future administrative or judicial proceeding. The parties further agree that the mediator(s) will be held harmless for any claim arising from the mediation process.

5. Mediation sessions will not be tape-recorded or transcribed by the EEOC, the mediator or any of the participants. All information including all notes, records, or documents generated during the course of the mediation shall be destroyed at the conclusion of the session. Parties or their representatives are not prohibited from retaining their own notes. However, EEOC will not maintain any such notes or records as part of its record keeping procedures.

6. If a settlement is reached by all the parties, the agreement shall be reduced to writing and when signed shall be binding upon all parties to the agreement. If the charge(s) is not resolved through mediation, it is understood by the parties that the charge(s) will be transferred to the investigative unit for further processing.

---

_Jaura Simpson_  3/3/14
CHARGING PARTY                DATE

_____
RESPONDENT                    DATE

---

_To be determine_
CHARGING PARTY                DATE
REPRESENTATIVE

_____
RESPONDENT.                   DATE
REPRESENTATIVE

*Murrells Inlet* (handwritten)

(2/12)

# CIVIL COVER SHEET

County in which action arose _____

~~S~~ 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as ~~pro~~vided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Trevor Simpson *(handwritten)*

(b) County of Residence of First Listed Plaintiff  Bay County *(handwritten)*
*(EXCEPT IN U.S. PLAINTIFF CASES)*

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS
Southern Care *(handwritten)*

County of Residence of First Listed Defendant  Jefferson *(handwritten)*
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF

Case: 1:16-cv-11384
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 04-18-2016 At 11:41 AM
CMP Simpson v. Southern Care (krk)

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP... *(For Diversity Cases Only)* and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

### CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

### REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

### CIVIL RIGHTS
- ☒ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

### PRISONER PETITIONS
**Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty
**Other:**
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

### FORFEITURE/PENALTY
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

### LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

### IMMIGRATION
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

### BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

### SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- ☐ 375 False Claims Act
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
- ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____    DOCKET NUMBER _____

DATE _____    SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

## ᴜRSUANT TO LOCAL RULE 83.11

1.          Is this a case that has been previously dismissed?          ☐ Yes
                                                                        ☑ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

2.          Other than stated above, are there any pending or previously          ☐ Yes
            discontinued or dismissed companion cases in this or any other        ☑ No
            court, including state court? (Companion cases are matters in which
            it appears substantially similar evidence will be offered or the same
            or related parties are present and the cases arise out of the same
            transaction or occurrence.)

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

Notes :